[No. 25402-6-II. Division Two. January 10, 2003.]

VALERIE L. CRISMAN, *Respondent*, v. ROBERT E. CRISMAN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 92-2-00837-9, James E. Warme and Randolph Furman, JJ., entered December 15, 1999. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Houghton, JJ.

[No. 27307-1-II. Division Two. January 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC CHRISTOPHER CARLSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-04306-8, Stephanie A. Arend and Frederick B. Hayes, JJ., entered April 25, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater and Armstrong, JJ

[No. 27986-0-II. Division Two. January 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CECIL E. DUDGEON, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 00-1-00043-5, Kenneth D. Williams and Karen B. Conoley, JJ, entered October 22, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Quinn-Brintnall, J.